DANIEL J. BRODERICK, Bar #89424
Federal Defender
DOUGLAS BEEVERS, USVI Bar #766
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
TROY E. GIFFORD

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 1:08-mj-00084 DLB |
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING  HEARING; AND ORDER THEREON |
| v. | |
| TROY E. GIFFORD, | Date:  June 12, 2008 |
| Defendant. | Time:  10:00 a.m.<br>Judge:  Hon.  Sandra M. Snyder |

**IT IS HEREBY STIPULATED**, by and between the parties hereto, and through their respective attorneys of record herein, that the sentencing hearing in the above-captioned matter now scheduled for May 22, 2008, **may be continued to June 12, 2008, at 10:00 a.m.**

The parties need more time to schedule a pre-sentence interview.  The defendant resides in Yosemite National Park and has transportation difficulties.

The requested continuance will conserve time and resources for both counsel and the court.

///

///

///

///

1  The parties agree that the delay resulting from the continuance shall be excluded in the
2  interests of justice herein for effective defense preparation pursuant to 18 U.S.C.
3  §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

```
                                                McGREGOR M. SCOTT
                                                United States Attorney

DATED:  April 28, 2008              By   /s/  Mark J. McKeon
                                                MARK J. McKEON
                                                Assistant United States Attorney
                                                Attorney for Plaintiff


                                                DANIEL J. BRODERICK
                                                Federal Defender

DATED:  April 28, 2008              By   /s/ Douglas Beevers
                                                DOUGLAS BEEVERS
                                                Assistant Federal Defender
                                                Attorney for Defendant
                                                TROY E. GIFFORD
```

**ORDER**

Time is hereby excluded pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

IT IS SO ORDERED.

**Dated:   April 29, 2008**              /s/ **Sandra M. Snyder**
                                                UNITED STATES MAGISTRATE JUDGE